FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 05, 2018
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEAN M. DRIVER, a single person,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPOKANE; CHIEF OF POLICE CRAIG N. MEIDL; OFFICER PAUL GORMAN; and OFFICER DUSTIN HOWE,<br><br>Defendants. | No. 2:18-CV-00032-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

Before the Court, without oral argument, is the parties' stipulated Motion for Dismissal, ECF No. 16. The parties move to dismiss with prejudice all of Plaintiff's claims against each and every defendant. Having reviewed the file and records herein, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' stipulated Motion for Dismissal, **ECF No. 16**, is **GRANTED**.

2.  All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3.  All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of September 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2